UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Ralph C. Panuzzo, Mary Ann Panuzzo
                                                Debtor(s)

Case No.:      22-16369 CMG

Chapter:      13

Hearing Date:      N/A

Judge:      Christine M Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Notice of Mortgage Payment Change filed 09/07/2023 (Doc 22)

_____

Date: 09/12/2023                                        /s/ Denise Carlon
                                                        Signature

*rev.8/1/15*