| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ralph C Panuzzo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1129<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | MaryAnn Panuzzo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8650<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   22–16369–CMG | | |

## Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ralph C Panuzzo                                    MaryAnn Panuzzo

                                                   **By the court:** <u>Christine M. Gravelle</u>
<u>10/30/25</u>                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                     Case No. 22-16369-CMG
Ralph C Panuzzo                                                                            Chapter 13
MaryAnn Panuzzo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                           Page 1 of 3
Date Rcvd: Oct 30, 2025                 Form ID: 3180W                        Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ralph C Panuzzo, MaryAnn Panuzzo, 394 Hampton Place, Morganville, NJ 07751-1734 |
| 519679963 | + | Care Centrix, PO Box 2011, Monroe, WI 53566-8079 |
| 519679965 | | Health Village Imaging, LLC, PO Box 42965, Philadelphia, PA 19101-2965 |
| 519679966 | | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519679967 | + | Jersey Shore University Medical Center, c/o Transworld Systems, Inc., One Huntington Quadrangle, Suite 2S01, Melville, NY 11747-4438 |
| 519679976 | + | Orthopaedic Institute of Central Jersey, 2315 Route 34 South, Suite D, Manasquan, NJ 08736-1444 |
| 519679977 | + | QAR Collections, PO Box 239, Gibbsboro, NJ 08026-0239 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2025 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2025 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519679961 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 30 2025 20:54:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519679962 | + | EDI: TSYS2 | Oct 31 2025 00:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519679964 | + | EDI: JPMORGANCHASE | Oct 31 2025 00:40:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519716621 | | EDI: Q3G.COM | Oct 31 2025 00:40:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519679970 | | EDI: CITICORP | Oct 31 2025 00:40:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519706769 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2025 21:16:51 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519679968 | + | EDI: CAPITALONE.COM | Oct 31 2025 00:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519686139 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2025 21:05:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519679969 | + | Email/Text: BKNotice@ldvlaw.com | Oct 30 2025 20:54:00 | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519691690 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2025 21:06:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 22-16369-CMG    Doc 35    Filed 11/01/25    Entered 11/02/25 00:12:46    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 519679974 | | Email/Text: ml-ebn@missionlane.com | Oct 30 2025 20:53:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519679971 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2025 21:05:22 | Merrick, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519679972 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2025 21:05:05 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519679973 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2025 20:54:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519687204 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2025 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519679975 | ^ | MEBN | Oct 30 2025 20:50:57 | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 519715423 | | EDI: PRA.COM | Oct 31 2025 00:40:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519853993 | | EDI: PRA.COM | Oct 31 2025 00:40:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519734911 | | EDI: PRA.COM | Oct 31 2025 00:40:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519727666 | + | EDI: LCIFULLSRV | Oct 31 2025 00:40:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519679978 | ^ | MEBN | Oct 30 2025 20:51:10 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519679979 | + | Email/Text: ngisupport@radiusgs.com | Oct 30 2025 20:54:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519679980 | + | Email/Text: clientservices@remexinc.com | Oct 30 2025 20:54:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519679981 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2025 21:16:48 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520293718 | + | Email/Text: bncmail@w-legal.com | Oct 30 2025 20:54:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101, Scolopax, LLC, C/O Weinstein & Riley, P.S. 98101-2051 |
| 520293717 | + | Email/Text: bncmail@w-legal.com | Oct 30 2025 20:54:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 519679982 | + | Email/Text: clientservices@simonsagency.com | Oct 30 2025 20:55:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519680624 | + | EDI: PRA.COM | Oct 31 2025 00:40:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519679983 | + | EDI: SYNC | Oct 31 2025 00:40:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519679984 | + | EDI: WTRRNBANK.COM | Oct 31 2025 00:40:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519679985 | + | EDI: WFHOME | Oct 31 2025 00:40:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519727876 | | EDI: WFCCSBK | Oct 31 2025 00:40:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

Case 22-16369-CMG    Doc 35    Filed 11/01/25    Entered 11/02/25 00:12:46    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: 3180W | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520311965 | *+ | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101, Scolopax, LLC, C/O Weinstein & Riley, P.S. 98101-2051 |
| 520311964 | *+ | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Manchel | on behalf of Joint Debtor MaryAnn Panuzzo manchellaw@yahoo.com |
| Robert Manchel | on behalf of Debtor Ralph C Panuzzo manchellaw@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5